Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

*Attorneys for BMW of North America, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ADAMS, an individual, | Case No. 2:23-cv-01402-ART-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| BMW OF NORTH AMERICA, LLC, a corporation, | **(FIRST REQUEST)** |
| Defendant. | |

**STIPULATION**

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Defendant BMW of North America, LLC ("BMW") and Plaintiff Robert Adams ("Plaintiff") (together the "Parties") hereby stipulate and agree as follows:

1. Plaintiff commenced this action on September 8, 2023. ECF No. 1.

2. The Parties have expressed a mutual desire to engage in good faith settlement discussions.

3. The Parties wish to extend the deadline for BMW to respond to the Complaint.

4. BMW shall have up to and including October 24, 2023, to answer or otherwise plead in response to the complaint.

5. This is the first request for an extension of any deadline in this case. The requested

26129637.1

extension is not intended to cause any delay or to prejudice any party.

| AMAR LAW GROUP, PLLC | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: */s/ Robert B. Katz*<br>ROBERT B. KATZ, ESQ.<br>Nevada Bar No. 7768<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, NV 89102 | By: *Patrick J. Reilly*<br>PATRICK J. REILLY, ESQ.<br>Nevada Bar No. 6103<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV  89106-4614 |
| *Attorneys for Robert Adams* | *Attorneys for BMW of North America LLC* |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 10/12/2023

26129637.1

- 2 -