**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ADAMS, an individual, | Case No. 2:23-cv-01402-ART-DJA |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BMW OF NORTH AMERICA, LLC, a corporation, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

26292273.1

**STIPULATION**

Plaintiff ROBERT ADAMS ("ADAMS") and Defendant BMW OF NORTH AMERICA, LLC ("BMW"), hereby agree and stipulate to dismiss the above-entitled action with prejudice, with each party to bear its or his own attorney's fees and costs of suit.

DATED this 17th day of January, 2024.          DATED this 17th day of January, 2024.

/s/ *Patrick J. Reilly*                                         /s/ *Shalev Amar*
Patrick J. Reilly, Esq.                                       Shalev Amar, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP    Robert B. Katz, Esq.
100 N. City Parkway, Suite 1600                      KATZ & ASSOCIATES
Las Vegas, NV 89106                                       2300 W. Sahara Avenue, Suite 800
                                                                         Las Vegas, NV 89102

*Attorneys for BMW of North America LLC*     *Attorneys for Robert Adams*

**ORDER**

**IT IS SO ORDERED:**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: January 18, 2024.

26292273.1

- 2 -